# Exhibit C

# Ameriquest Mortgage Company

Date: April 2, 2004

Loan Number: 504908104501

Lender Name: THE PEOPLES CREDIT U

Borrower Name: Maria S Eyre

Lender Address:
858 W MAIN RD
MIDDLETOWN,RI 02842

Property Address:
661 Jepson Lane
Middletown , RI 02842

To Whom It May Concern:

The above named borrower has an outstanding mortgage loan with you secured by the property listed above.

Enclosed please find a payoff check in the amount of $ 163,602.00 which represents payment in full of your loan.

If you have any questions regarding this payoff, please contact:

Ameriquest Mortgage Company
300 Centerville Rd., # 103 S
Warwick, RI 02886

(401)737-0336

Demand is made herein that upon receipt of this payoff you prepare either a release of Mortgage or a Reconveyance of the Deed of Trust. If you have collected funds for the recordation of said release or reconveyance, please forward them to the County Recorders Office for recording. Otherwise, forward to:

**AMERIQUEST MORTGAGE COMPANY**
**ATTN: AGNES SANCHEZ**
**P.O. BOX 11507**
**SANTA ANA, CA 95825**

Sincerely,

AMERIQUEST MORTGAGE COMPANY

0073576548 - 5594

00000073576548080520030 3

890 (02/02)